# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2022-2773
LT Case No. 2022-DR-001814-A

_____

JUSTIN SHARPE,

     Appellant,

     v.

MICHAEL LIGHT,

     Appellee.

_____

On appeal from the Circuit Court for St. Johns County.
Joan Anthony, Judge.

Clyde M. Taylor, III, of Taylor & Taylor, P.A., St. Augustine, for
Appellant.

Robert J. Slama, of Robert J. Slama, P.A., Jacksonville, for
Appellee.

April 23, 2024

PER CURIAM.

     AFFIRMED.

MAKAR, JAY, and KILBANE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____